UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROOSEVELT F. SIFFORD,
    Plaintiff,

vs.                                Case No.:  3:25cv2527/LC/ZCB

C. VAUGHN,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 12, 2025. (Doc. 4). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** under the Court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history.

3. All pending motions are **DENIED as moot**.

4. The Clerk of Court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 20th day of January, 2026.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**